UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| RAIMUNDO LUGO, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | **5:11-CV-416-BO** |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant, | ) | |
| | ) | |

**Decision by Court.**

    **IT IS ORDERED, ADJUDGED AND DECREED THAT** Defendant's Motion for Summary Judgment [D.E. 17] is hereby GRANTED.

**This Judgment Filed and Entered on October 12, 2012, and Copies To:**
Coy E. Brewer, Jr. (Via CM/ECF Notice of Electronic Filing)
Matthew Lee Fesak (Via CM/ECF Notice of Electronic Filing)

October 12, 2012                             JULIE A. RICHARDS, CLERK

Raleigh, NC                                      /s/ Debby Sawyer
                                                    (By) Deputy Clerk